**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6126**

———————————

In Re:  RODNEY EUGENE SMITH,

                                              Petitioner.


———————————

On Petition for Writ of Mandamus.  (CR-01-7)

———————————

Submitted:  February 6, 2003      Decided:  February 13, 2003

———————————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Rodney Eugene Smith, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Eugene Smith petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his "Verified Emergency Petition to Arrest Judgment for Lack of Subject Matter Jurisdiction." He seeks an order from this court directing the district court to act. Because the district court has recently denied Smith's petition, we deny his petition for mandamus relief as moot. We grant Smith leave to proceed in forma pauperis in this Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2